**No. 10-552. Albert Krantz, et ux., Petitioners v. Arkansas Department of Human Services.**

562 U.S. 1137, 131 S. Ct. 925, 178 L. Ed. 2d 751, 2011 U.S. LEXIS 78.

January 10, 2011. Petition for writ of certiorari to the Court of Appeals of Arkansas denied.

Same case below, 2010 Ark. App. 316.